# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LAZO, et al., | Case No.  1:13-cv-02015-AWI-SAB |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' SUBSTITUTION OF ATTORNEY |
| v. | (ECF Nos. 10, 11) |
| SUMMIT MANAGEMENT COMPANY, LLC, et al. | |
| Defendants. | |

On February 10, 2014, Plaintiffs Manuel Lazo and Oralia Lazo filed proposed substitution of attorney forms substituting attorney Vincent Gorski for attorney Ravpreet Bhangoo.  Accordingly, Vincent Gorski is substituted as attorney of record and the Office of the Clerk is directed to terminate attorney Vincent Gorski.

IT IS SO ORDERED.

Dated:   **February 18, 2014**

UNITED STATES MAGISTRATE JUDGE

1