UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LAZO, et al.,<br><br>    Plaintiffs<br><br>    v.<br><br>SUMMIT MANAGEMENT COMPANY, LLC, et al.,<br><br>    Defendants | CASE NO. 1:13-CV-2015 AWI SAB<br><br>ORDER VACATING HEARING AND REFERRING MATTER TO MAGISTRATE JUDGE<br><br>(Doc. No. 14) |

On March 10, 2014, Defendants filed a motion to dismiss (Doc. No. 14). A hearing date of April 21, 2014, has been set for this motion. The Court finds it appropriate to refer the pending motion to dismiss to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss (Doc. Nos. 6, 8, 10) is REFERRED to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations;

2. The April 21, 2014 hearing date is VACATED; and

3. If Magistrate Judge Boone desires a hearing on the pending motion, Magistrate Judge Boone's Chambers will contact the parties and set a hearing date for the motion and set a deadline in which to file replies.

IT IS SO ORDERED.

Dated:   March 11, 2014                                    _____
                                                             SENIOR  DISTRICT  JUDGE