# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LAZO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CLAIBER HOME LOANS, INC. et al.,<br><br>    Defendants. | Case No.  1:13-cv-02015-AWI-SAB<br>New Case No.  1:13-cv-02015-AWI-GSA<br><br>ORDER RECUSING MAGISTRATE JUDGE STANLEY A. BOONE AND DIRECTING CLERK OF COURT TO ASSIGN ACTION TO MAGISTRATE JUDGE GARY S. AUSTIN |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

IT IS THEREFORE ORDERED:

1. That the undersigned recuses himself as the magistrate judge to whom this case is assigned.

2. This case shall be reassigned to the docket of Magistrate Judge Gary S. Austin by the Clerk's Office.

3. The new case number shall be:

    1:13-cv-02015-AWI-GSA

    and all future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may result in a

delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

4. The hearing set for April 23, 2014 at 10:00 a.m. in Courtroom 4 is vacated. If Judge Austin desires a hearing on the pending motion a new hearing date will be set.

5. The deadlines to file opposition and reply papers shall remain. Plaintiffs shall file their opposition to the motion to dismiss on or before April 9, 2014, and Defendants reply shall be filed on or before April 16, 2014.

IT IS SO ORDERED.

Dated: **April 7, 2014**

UNITED STATES MAGISTRATE JUDGE