# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LAZO and ORALIA LAZO,<br><br>  Plaintiffs,<br><br>  v.<br><br>SUMMIT MANAGEMENT COMPANY, LLC; CALIBER HOME LOANS, INC.; and VERICREST OPPORTUNITY LOAN TRUST 2011-NPLI,<br><br>  Defendants. | Case No.: 1:14-cv-02015 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING IN PART DEFENDANTS' MOTION TO DISMISS<br><br>(Docs. 14, 25) |

Summit Management Company, LLL; Caliber Home Loans, Inc.; and Vericrest Opportunity Loan Trust 2011-NPL1 (collectively, "Defendants") seek dismissal of the complaint filed by Plaintiffs Manuel Lazo and Oralia Lazo pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 14.)  On July 9, 2014, the Magistrate Judge found Plaintiffs' claims failed either as a matter of pleading or a matter of law, and recommended Defendants' motion to dismiss be granted in part. (Doc. 25.)

The parties were granted fourteen days from the date of service, or until July 23, 2014 to file objections to the Findings and Recommendations. (Doc. 25 at 34.)  In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)).  However, no objections were filed.  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo

review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated July 9, 2014 are **ADOPTED IN FULL**;
2. Defendant's motion to dismiss is **GRANTED IN PART** as follows:
   a. Plaintiff's claims for cancellation of instruments (Count 1); quiet title (Count 2); wrongful foreclosure (Counts 3, 4, and 5); RICO violation (Count 6); breach of contract based upon the Servicer Participation Agreement (Count 7), Fair Debt Collection Practices Act (portion of Count 8), slander of title (Count 16), and civil conspiracy (Count 17) are **DISMISSED with prejudice**; and
   b. Plaintiffs' claims for a violation of the Rosenthal Act (Count 8); breach of contract related to the Trial Payment Plan (Count 9); promissory estoppel (Count 10); fraud (Counts 11, 12, and 13); and violation of Cal. Bus. Prof. Code § 17200 (Count 18) are **DISMISSED WITH LEAVE TO AMEND**; and
3. Plaintiffs **SHALL** file a First Amended Complaint within twenty-one days of service of this Order.

IT IS SO ORDERED.

Dated:   July 24, 2014                                    _____
                                                                              SENIOR DISTRICT JUDGE