UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LAZO and ORALIA LAZO,<br><br>  Plaintiffs,<br><br>  v.<br><br>SUMMIT MANAGEMENT COMPANY, LLC; CALIBER HOME LOANS, INC.; and VERICREST OPPORTUNITY LOAN TRUST 2011-NPLI,<br><br>  Defendants. | Case No.: 1:13-cv-02015 - AWI - JLT<br><br>ORDER TO PLAINTIFFS TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER |

    Summit Management Company, LLL; Caliber Home Loans, Inc.; and Vericrest Opportunity Loan Trust 2011-NPL1 (collectively, "Defendants") sought dismissal of the complaint filed by Plaintiffs Manuel Lazo and Oralia Lazo pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 14.)  On July 9, 2014, the Magistrate Judge found Plaintiffs' claims failed either as a matter of pleading or a matter of law, and recommended Defendants' motion to dismiss be granted in part. (Doc. 25.)  The Court adopted these recommendations on July 24, 2014, and ordered Plaintiffs to "file a First Amended Complaint within twenty-one days of service of th[e] Order," or no later than August 14, 2014.  (Doc. 26 at 2.)  To date, Plaintiffs have not filed a First Amended Complaint.

    The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  Local Rule 110.  "District courts have

inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules.  *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiffs are **ORDERED** to show cause within 14 days of the date of service of this Order why the action should not be dismissed for their failure to prosecute and failure comply with the Court's order or, in the alternative, to file a First Amended Complaint.

**Plaintiffs are advised that their failure to comply with this order will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated:   **August 20, 2014**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE