UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LAZO and ORALIA LAZO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SUMMIT MANAGEMENT COMPANY, LLC; CALIBER HOME LOANS, INC.; and VERICREST OPPORTUNITY LOAN TRUST 2011-NPLI,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-02015 - AWI - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

　　　　Defendants filed a motion to dismiss the complaint pursuant and on July 9, 2014 and on July 24, 2014 the Court granted the motion and ordered Plaintiffs to "file a First Amended Complaint within twenty-one days of service of th[e] Order," or no later than August 14, 2014. (Doc. 26 at 2.) When Plaintiffs failed to file their first amended complaint, the Court ordered them to show cause why the matter should not be dismissed.

　　　　On September 3, 2014, Plaintiffs' counsel reported that he took ill in June and was hospitalized. (Doc. 28 at 2) Due to the effects of this illness, he missed the deadline to file the amended complaint. Id. Counsel reports he will be able to file the amended complaint by September 8, 2014. Id.

　　　　Because of the late-filed amended complaint, the Court will also continue the scheduling conference to allow the responsive pleading to be filed.

1

Based upon the foregoing, the Court **ORDERS**:

1. The order to show cause is **DISCHARGED**;
2. The first amended complaint **SHALL** be filed **no later than September 8, 2014**;
3. The scheduling conference is **CONTINUED** to **November 6, 2014** at 9:15 a.m.

IT IS SO ORDERED.

Dated:   **September 4, 2014**                    /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE